FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

July 8, 2022

No. 04-21-00420-CV

Juliann **CASTRO**,
Appellant

v.

**SCHLUMBERGER TECHNOLOGY CORPORATION** and Christopher Jones,
Appellees

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 19-03-25646-CV
Honorable Daniel J. Kindred, Judge Presiding

## O R D E R

After we granted Appellees' first motion for extension of time to file the brief, Appellees' brief was due on July 13, 2022. *See* TEX. R. APP. P. 38.6(b), (d). Before the extended due date, Appellees filed an unopposed second motion for a thirty-day extension of time to file the brief until August 12, 2022. *See id.* R. 10.5(b).

Appellees' motion is **granted**. Appellees' brief is due on August 12, 2022. Any further motion for extension of time to file Appellees' brief will be disfavored.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of July, 2022.



MICHAEL A. CRUZ, Clerk of Court